James A. Michel (#184730)
LAW OFFICE OF JAMES A. MICHEL
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com
Attorney for Plaintiffs Carolynn Taymuree and
Zohra Richardson

Damian P. Richard, Esq. (#262805)
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA   92108
Tel:   619/758-1891
Fax:   619/296-2013
drichard@sessions.legal
Attorney for Defendants National Collegiate Student Loan Trust 2007-2 and Transworld Systems, Inc.

PATENAUDE & FELIX, A.P.C.
Raymond A. Patenaude, Esq. (#128855)
rayp@pandf.us
Jeffrey W. Speights, Esq. (#265206)
Jeffrey.Speights@pandf.us
4545 Murphy Canyon Road, 3rd Floor
San Diego, California 92123-4363
(858) 244-7600   Fax (858) 836-0318
Attorneys for Defendant the Law Offices Of Patenaude & Felix, A.P.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CAROLYNN TAYMUREE, an individual, and ZOHRA RICHARDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, a Delaware Statutory Trust; TRANSWORLD SYSTEMS, INC., a California Corporation; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants.<br>_____ | Case No. 4:16-cv-06138-YGR<br><br>JOINT STIPULATION TO STAY CASE PENDING OUTCOME OF RELATED SUPERIOR COURT ACTION |

- 1 -
Joint Stipulation to Stay Case

Pursuant to the Stipulation entered by the parties at the hearing on March 7, 2017, plaintiffs CAROLYNN TAYMUREE and ZOHRA RICHARDSON, by and through their attorney, James A. Michel, and Defendants, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2 (hereinafter "NCSLT") and TRANSWORLD SYSTEMS, INC. ("TSI"), by and through their counsel, Damian P. Richard, and PATENAUDE & FELIX, APC ("P&F") by and through its counsel, Jeffrey W. Speights, hereby jointly stipulate to stay this instant, above-referenced federal case pending the outcome of the underlying state court action, *NCSLT v. Carolynn Swanson and Zohra Taymuree,* Sup. Ct. Case No. L15-03053, currently pending in the Superior Court of California in and for the County of Contra Costa.

Dated:  March 16, 2017                  /s/ Damian P. Richard
                                        Attorney for Defendants
                                        NCSLT and TSI

Dated:  March 16, 2017                  /s/ Jeffrey W. Speights
                                        Attorney for Defendant
                                        P&F

Dated:  March 16, 2017                  /s/ James A. Michel
                                        JAMES A. MICHEL
                                        Attorney for Plaintiffs

Attestation pursuant to L.R. 5-1(i)(3)

The undersigned attests that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

Dated:  March 16, 2017                  /s/ Damian P. Richard
                                        Attorney for Defendants NCSLT
                                        and TSI