IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CAROLYNN TAYMUREE, an individual, and ZOHRA RICHARDSON, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, a Delaware Statutory Trust; TRANSWORLD SYSTEMS, INC., a California Corporation; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants.<br>_____ | Case No. 4:16-cv-06138-YGR<br><br>[PROPOSED] ORDER STAYING CASE PENDING OUTCOME OF RELATED SUPERIOR COURT ACTION |

　　　Based on the stipulation of all parties, through their respective counsel of record, the above-captioned case is hereby stayed until such time that the related state court action, *NCSLT v. Carolynn Swanson and Zohra Taymuree,* Sup. Ct. Case No. L15-03053, currently pending in the Superior Court of California in and for the County of Contra Costa Motion, is concluded.

　　　IT IS SO ORDERED:

Date: _____　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　Judge Yvonne Gonzalez Rogers