IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CAROLYNN TAYMUREE, an individual, and ZOHRA RICHARDSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, a Delaware Statutory Trust; TRANSWORLD SYSTEMS, INC., a California Corporation; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 4:16-cv-06138-YGR<br><br>[~~PROPOSED~~] ORDER STAYING CASE PENDING OUTCOME OF RELATED SUPERIOR COURT ACTION<br><br>*AS MODIFIED BY THE COURT* |

Based on the stipulation of all parties, through their respective counsel of record, the above-captioned case is hereby stayed until such time that the related state court action, *NCSLT v. Carolynn Swanson and Zohra Taymuree,* Sup. Ct. Case No. L15-03053, currently pending in the Superior Court of California in and for the County of Contra Costa Motion, is concluded.

The Court **SETS** a compliance hearing regarding the status of the pending state court action for **Friday, October 20, 2017** at **9:01 a.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1. No later than **October 13, 2017**, the parties must file a joint statement updating the Court on the status of the pending action in state court. If compliance is complete, the Court may vacate the hearing and the parties need not appear. Failure to comply may result in sanctions.

**IT IS SO ORDERED.**

Date: __March 20, 2017__

*/s/ Yvonne Gonzalez Rogers*
Judge Yvonne Gonzalez Rogers

- 1 -
[~~Proposed~~] Order Granting Joint Stipulation to Stay Case