James A. Michel
State Bar No. 184730
2912 Diamond St. #373
San Francisco CA 94131
415/ 239-4949
(Fax 239-0156)
attyjmichel@gmail.com

Attorney for Plaintiffs
CAROLYNN TAYMUREE and
ZOHRA RICHARDSON

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| CAROLYNN TAYMUREE, an individual, and ZOHRA RICHARDSON, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, a Delaware Statutory Trust; TRANSWORLD SYSTEMS, INC., a California Corporation; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and DOES 1 through 10, inclusive,<br><br>     Defendants.<br>_____/ | Case No. 4:16-cv-06138-YGR<br><br>STIPULATION AND ORDER OF DISMISSAL |

    Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs CAROLYNN TAYMUREE and ZOHRA RICHARDSON, by and through their attorney, James A. Michel, and Defendants, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2 (hereinafter "NCT") by and through its counsel of record, Damian P. Richard, and PATENAUDE & FELIX, APC (P&F) by and through its counsel, Jeffrey W. Speights, hereby stipulate, and the Court hereby orders, as follows:

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiffs against all Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

Dated: June  19 , 2017                    /s/ Damian P. Richard
                                          Attorney for Defendants
                                          Nat'l Coll. Student Loan Trust 2007-2
                                          and TRANSWORLD SYSTEMS, INC.

Dated: June  19 , 2017                    /s/ Jeffrey W. Speights
                                          Attorney for Defendant
                                          PATENAUDE & FELIX, APC

Signature Attestation pursuant to L.R. 5-1 (i)(3)

James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: June 19, 2017                      /s/ James A. Michel
                                          JAMES A. MICHEL
                                          Attorney for Plaintiffs
                                          CAROLYN TAYMUREE and
                                          ZOHRA RICHARDSON

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: _____                     _____
                                          HON. YVONNE GONZALEZ ROGERS
                                          UNITED STATES DISTRICT JUDGE