|   |   |
|---|---|
| 1 | James A. Michel |
| 2 | State Bar No. 184730 |
|   | 2912 Diamond St. #373 |
| 3 | San Francisco CA 94131 |
|   | 415/ 239-4949 |
| 4 | (Fax 239-0156) |
|   | attyjmichel@gmail.com |
| 5 | Attorney for Plaintiffs |
| 6 | CAROLYNN TAYMUREE and |
|   | ZOHRA RICHARDSON |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| CAROLYNN TAYMUREE, an individual, and ZOHRA RICHARDSON, an individual, | Case No. 4:16-cv-06138-YGR |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL |
| v. | |
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2, a Delaware Statutory Trust; TRANSWORLD SYSTEMS, INC., a California Corporation; PATENAUDE & FELIX, A PROFESSIONAL CORPORATION, a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs CAROLYNN TAYMUREE and ZOHRA RICHARDSON, by and through their attorney, James A. Michel, and Defendants, NATIONAL COLLEGIATE STUDENT LOAN TRUST 2007-2 (hereinafter "NCT") by and through its counsel of record, Damian P. Richard, and PATENAUDE & FELIX, APC (P&F) by and through its counsel, Jeffrey W. Speights, hereby stipulate, and the Court hereby orders, as follows:

- 1 -
STIPULATION AND ORDER OF DISMISSAL

1. The dispute between the parties has been settled; therefore, the claims asserted by Plaintiffs against all Defendants in the above-entitled case are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

2. Each party shall bear its own costs and attorney fees.

Dated: June  19  , 2017         /s/ Damian P. Richard
                                Attorney for Defendants
                                Nat'l Coll. Student Loan Trust 2007-2
                                and TRANSWORLD SYSTEMS, INC.

Dated: June  19  , 2017         /s/ Jeffrey W. Speights
                                Attorney for Defendant
                                PATENAUDE & FELIX, APC

Signature Attestation pursuant to L.R. 5-1 (i)(3)

James Michel hereby attests that concurrence in the filing of the document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

DATED: June 19, 2017            /s/ James A. Michel
                                JAMES A. MICHEL
                                Attorney for Plaintiffs
                                CAROLYN TAYMUREE and
                                ZOHRA RICHARDSON

The claims asserted by Plaintiffs against all Defendants in the above-entitled case are hereby dismissed, with prejudice. Each party shall bear its own costs and attorney fees.

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: June 20, 2017            [signature]
                                HON. YVONNE GONZALEZ ROGERS
                                UNITED STATES DISTRICT JUDGE